PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB 17 2023

BY
DEPUTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE __EASTERN__ DISTRICT OF TEXAS
__LUFKIN__ DIVISION

Russell Hope, Jr. (Trust) # 01160831
Plaintiff's Name and ID Number

Polunsky Unit
3872 FM 350 South
Livingston, TX. 77351
Place of Confinement

CASE NO. __9:23cv36__
(Clerk will assign the number)

Crone/Stetson

v.

Jason Smith, John Doe Vincent,
Defendant's Name and Address

Christopher Lockwood, John Doe Frost,
Defendant's Name and Address

Polk County, municipal Corporation of the State of Texas
John Doe - Inspector General of O.I.G.
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  **PREVIOUS LAWSUITS:**

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓YES ___NO

    B.  If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: __Nov. 3, 2010__
        2.  Parties to previous lawsuit:
            Plaintiff(s) __Russell Hope, Jr.__
            Defendant(s) __William Burroughs (et al)__
        3.  Court: (If federal, name the district; if state, name the county.) __Western__
        4.  Cause number: __W-10-CV-301__
        5.  Name of judge to whom case was assigned: __Walter Smith__
        6.  Disposition: (Was the case dismissed, appealed, still pending?) __Dismissed__
        7.  Approximate date of disposition: __Aug. 30, 2011__

Rev. 05/15

2

I. Previous Lawsuits:

1.) November 16, 2017
2.) Russell Hope, Jr.
    Defendant(s) Albert Blackwell. (et al.)
3.) Western
4.) W-17-cv-317
5.) Robert Pitman
6.) Appealed and still Pending
7.) N/A

2B.

II. PLACE OF PRESENT CONFINEMENT: Polunsky Unit TDCJ

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ___ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Russell Hope, Jr. TDCJ ID# 1160831
3872 Fm 350 South
Livingston, TX. 77351

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Jason Smith, Then capt. Now major of TDCJ. Last known address Polunsky unit. 3872 Fm 350 South, Livingston, TX. 77351

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Did conspire to deprive constitutional and civil rights by doctoring video footage for malicious Prosecution under color of State Laws.

Defendant #2: John Doe Vincent, Then major, now retired of TDCJ last known address- Polunsky unit. 3872 Fm 350 South, Livingston, TX. 77351

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Did conspire to deprive rights by doctoring video footage for malicious prosecution under color of state Law.

Defendant #3: Christopher Lockwood - Then correctional officer. Now unknown last known address of business - Polunsky unit. 3872 Fm 350 South, Livingston, TX. 77351

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Did pursue criminal charges with malice knowing charge was false, acting under color of state law.

Defendant #4: John Doe Frost. Then correctional officer. Now no longer work for TDCJ last known address of employment Polunsky unit, 3872 Fm 350 South, Livingston, TX. 77351

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Did make a false witness statement to aid Defendant Lockwood in a concerted act to deprive constitutional rights in support of malicious Prosecution under color of state law

Defendant #5: John Doe - Inspector General of OIG
P.O. Box 4003; Huntsville, TX. 77342-4003

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Did conspire to deprive rights in faulty investigation in pursuit of malicious Prosecution. Act under color of state Law

Defendant #6: Polk County, municipal corporation, of THE STATE OF TEXAS sub corporate entity of the UNITED STATES, INC., 101 W. Mill Street, Suite 216

Did maliciously Prosecute by convening a Grand Jury resulting an indictment dismissed in Plaintiff favor.

3B.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Plaintiff was accused of intentionally, knowingly, or recklessly cause bodily injury to Christopher Lockwood by striking Lockwood about the head and/or body with Plaintiff's hand and pursued a formal charge against Plaintiff. Defendants did commit wrongful acts in reckless disregard of Plaintiff's rights and with indifference as to whether Plaintiff would be injured. Defendants did commence a criminal prosecution against Plaintiff formally charging Plaintiff by Indictment #28,311 with "Assault on a Public Servant P.C. 22.01 Third Degree Felony" with malice where as Defendant "John Doe of the office of the Inspector General" did fail to make full disclosure of video footage.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

injunctive and declaratory relief, $2,500.00 Attorney fees; $275,000 for injury to reputation; $150,000.00 for emotional distress and mental anguish, and $750,000.00 in exemplary damages. $500,000.00 for false arrest/illegal restraint of liberty.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Russell William Hope, Jr.

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDCJ-CID 1160831

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES  X  NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? N/A    ____YES ____NO

Rev. 05/15

# V. STATEMENT OF CLAIM CONTINUATION

of the alleged incident that had pertinent information in Plaintiff's favor; and therefore did intentionally mislead the Grand Jury of POLK COUNTY, TEXAS with doctored video footage, misleading and inaccurate statements made by agents of the TDCJ-ID creating a circumstance that made the Grand Jury believe probable cause existed resulting in an Indictment tendered on and/or at January Term, 2021, A.D., of the 411th District Court. On Febuary 23rd. of 2022 A.D., Cause #28,341 was Dismissed by order, Adjudgment and decree of the Presiding Judge.

Defendant POLK COUNTY, TEXAS a municipal corporation did maliciously prosecute Plaintiff by pursuing such criminal prosecution as malice is shown in such a High Bond that restrained Plaintiff's liberty at $250,000.00.

2.) Defendants Jason Smith; John Doe-Vincent; John Doe-Frost; Christopher Lockwood and John Doe-Inspector General did conspire to deprive Plaintiff of his constitutional, civil, substantial and fundamental rights by tampering with evidence (video footage) falsifying State Documents, failing to remain impartial in the investigation with hostile motives and malice in their intent to pursue a criminal prosecution.

# VI. LEGAL CLAIMS

Plaintiff is guaranteed the protection of the United States constitution when dealing with agents working under color of STATE LAW. These Defendants did knowingly and intentionally doctor the video footage by deleting part of said footage to mislead the Grand Jury into voting for a True Bill Indictment from the faulty information and investigation held. As these defendants were acting under color of law, they abused their public servant capacity to deny Plaintiff his liberty in their deprivation of ~~these~~ his EQUAL PROTECTION of THE LAW. Each Agent/Defendant were fully aware of their duties and responsibilities established in the Directives, Codes, Policies and orders of the agency and their Principal - THE STATE OF TEXAS Constitution denying Plaintiff these protected liberty interests when Defendants chose to make mandatory language - Discretionary. Defendants actions and/or lack thereof deprived Plaintiff a fair, just, equitable and impartial adjudication of his rights by charging Plaintiff with this infamous crime slandering his name and reputation and causing considerable damage to Plaintiff's mental health, and emotional balance.

Had Plaintiff's constitutional rights been protected by these public servants/fiduciary trustees and the mandatory language of law adhered to Plaintiff would have never suffered the stress, loss of sleep, fear, emotional distress and mental anguish suffered while standing under the loaded gun of a possible additional conviction that would fruit more time in the TDCJ-ID.

4B.

The Prosecution was caused/created by the Defendants willfully and intentionally with their consent, with malice, and sufficient probable cause not present Damaging Plaintiff. The charge and or Prosecution did terminate in Plaintiff's favor making all defendants liable for malicious Prosecution, illegal restraint of liberty, deprivation of the The Plaintiff's 4th, 5th and 14th Amendment constitutional rights under color of law and are sued in their individual and official capacities Jointly and severally. Due to their egregious misuse of legal Proceedings.

-JURY TRIAL DEMANDED-

4c.

C. Has any court ever warned or notified you that sanctions could be imposed?  ____ YES  _X_ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): __N/A__
   2. Case number: __N/A__
   3. Approximate date warning was issued: __N/A__

Executed on: __2/11/23__
              DATE

__Russell Hope Jr.__
__Russell Hope, Jr.__
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __11th__ day of __February__, 20 __23__.
            (Day)              (month)         (year)

__Russell Hope, Jr.__
__Russell Hope, Jr.__
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

RUSSELL HOPE, JR. (a Trust) #1160831
by Russell Hope Jr - Agent
       Plaintiff,

VS.

Jason Smith,
Christopher Lockwood,
POLK COUNTY, Municipal Corporation,
John Doe Frost,
John Doe Vincent,
John Doe - Inspector General
       Respondents.

## AFFIDAVIT OF MATERIAL FACTS
## IN SUPPORT OF 42 USC § 1983 COMPLAINT

I, Russell Hope, Jr., the living man as Agent for the RUSSELL HOPE, JR. Trust #1160831 do hereby swear, certify and verify the foregoing statement herein this AFFIDAVIT OF MATERIAL FACTS IN SUPPORT of 42 USC § 1983 COMPLAINT are true, correct and complete to the best of my knowledge and beliefs under Penalty of Perjury (28 USC § 1746(a)) and moves for this court in addition to those things mentioned in the attached 42 USC § 1983:

That the court and/or Respondents remain silent on all issues raised in this action, which the court concurs and agrees entirely with. Any facts or statements or admissions included which are not denied or rebutted by either this court or the Respondents with supporting evidence and under Penalty of Perjury shall therefore constitute an admission to the truthfulness of each statement or conclusion as required because:

"Truth must be expressed in the form of an AFFIDAVIT"

1.) THE STATE OF TEXAS, a government, represented by its Municipal agency POLK COUNTY and Department of Criminal Justice - CID are artificial because "Every government is an artificial person... no government [THE STATE OF TEXAS] [POLK COUNTY] as well as any agency [TEXAS DEPARTMENT OF CRIMINAL JUSTICE - CID], law, aspect, COURT [411th District Court], etc can concern itself with anything other than corporate, artificial persons [RUSSELL HOPE, JR. Trust #01160831] and the contracts between them." [See Penhallows vs. Doane's Administrators 3 U.S. 54].

2.) It is a FACT that this government through its vehicle POLK COUNTY sought to charge the JURISTIC PERSON/TRUST RUSSELL HOPE, JR. #1160831 by a "True Bill Indictment" cause #28,341 in the 411th District Court by a Grand Jury convened in the January term of 2021.

Pg. 1

3.) It is a Fact that said Indictment charged Plaintiff with a violation of its Penal code 22.01 a by-law established by its legislature imposed upon all employees of it's franchises who have franchise agruments signed with THE STATE OF TEXAS. THE STATE OF TEXAS cannot evidence a nexus; a franchise agrument with Plaintiff's signature that waives his inalienable rights for the benefit of privileges from the corporation.

4.) It is A FACT the agents of TDCJ-CID are "Public Servants" of a corporation who created a charge, held a faulty investigation, tampered with evidence in an effort to maliciously prosecute Plaintiff damaging the living man. because Agents of a corporation have no right to deal with the man as they represent a fictitious entity.

5.) It is a FACT the artificial person THE STATE OF TEXAS through it's artificial municipality POLK COUNTY in it's artificial 411th District Court based off the malice and hostile intentions of it's agents (Respondents) of it's Artificial agency TEXAS DEPARTMENT of CRIMINAL JUSTICE-CID ALLEN B. POLUNSKY warehouse through it's Defacto Grand Jury in January term 2021 did formally charge by True Bill Indictment Plaintiff's trust causing a security interest with a Bail of $250,000.00 which Plaintiff had to pay to have peaceful enjoiment of his property. (See Exhibit A - Indictment).

6.) It is a FACT on February 23, 2022 this same charge #28,341 was dismissed in Plaintiff's favor (see attached Exhibit "B") by the Presiding Judge.

7.) It is a FACT that the indictment created a property interest wherein the artificial person THE STATE OF TEXAS did attach by writ of attachment, the Living man, to answer for a charge against a TRUST based upon a non-existant contractual breach.

8.) It is a FACT Plaintiff has never waived his right for life, liberty and the pursuit of happiness, and Plaintiff's being held in a corporate warehouse, forced to answer to corporate BY-Law breach charges. The charge #28,341 and ultimate Dismissal February February 23, 2022 (see Attached Exhibits) placed an illegal restraint on Plaintiff's liberty.

BY my hand on this 11th day of February, 2023 A.D under penalty of perjury Pursuant to 28 USC § 1746(i).

All RIGHTS, REMEDIES & LIBERTIES RESERVED
/By/ Russell Hope, Jr.  =Agent
Russell Hope, Jr. - the man
% 3872 Fm 350 South (Trust #1160831)
Livingston, TX. 77351-8580
AFFIANT

EXHIBIT A

ASSIGNED TO THE __411th__ JUDICIAL DISTRICT COURT

INDICTMENT NO. __28341__   BOND: $ __250,000__

STATE OF TEXAS VS. RUSSELL HOPE

CHARGE:   ASSAULT ON A PUBLIC SERVANT
          P.C. 22.01 THIRD DEGREE FELONY

OFFENSE CODE: 13990063
TRN:
SID NO.: 06126372

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

THE GRAND JURY, for the County of Polk, State of Texas, duly selected, empaneled, sworn, charged, and organized as such at the January Term, 2021, A.D. of the 411th District Court for said County, upon their oaths present in and to said Court at said term that **RUSSELL HOPE**, hereinafter styled Defendant, on or about the 24th day of May 2018, and before the presentment of this indictment, in the County and said State aforesaid, did then and there, intentionally, knowingly, or recklessly cause bodily injury to Christopher Lockwood by striking the said Christopher Lockwood about the head and/or body with Defendant's hand, and the Defendant did then and there know that the said Christopher Lockwood was then and there a public servant, namely an employee of the Texas Department of Criminal Justice, and that the complainant was then and there lawfully discharging an official duty, namely supervising individuals in the custody of the Texas Department of Criminal Justice;

AND THE GRAND JURORS AFORESAID do further present that prior to the commission of the offenses alleged above, on the 16th day of August 2016, in Cause No.

EXHIBIT B

CAUSE NO. 28,341

| THE STATE OF TEXAS | § | IN THE 411TH DISTRICT COURT |
| VS. | § | OF |
| RUSSELL HOPE | § | POLK COUNTY, TEXAS |

## ORDER GRANTING STATE'S MOTION TO DISMISS

On this day came on to be heard the State's Motion to Dismiss, and the same having been considered, it is, therefore, ORDERED, ADJUDGED and DECREED that the above entitled and numbered Cause be hereby DISMISSED.

SIGNED this the 23 day of Feb, 2022.

_____
JUDGE PRESIDING

Russell Hope Jr. #1160831
Polunsky Unit
3872 FM 350 South
Livingston, TX. 77351

Clerk, U.S. District Court
Eastern District of Texas
104 N. Third Street
Lufkin, TX. 75901

CLERK, U.S. DISTRICT COURT
RECEIVED
FEB 17 2023
EASTERN DISTRICT OF TEXAS
LUFKIN, TEXAS

